1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    LEMONTA MADDOX,                          No.  2:22-cv-0771 KJN P
12                    Petitioner,
13         v.                                  ORDER
14    JEFF LYNCH,
15                    Respondent.
16
17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18    corpus pursuant to 28 U.S.C. § 2254.
19         The application attacks a conviction issued by the San Bernardino County Superior Court.
20    While both this court and the United States District Court in the district where petitioner was
21    convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any
22    and all witnesses and evidence necessary for the resolution of petitioner's application are more
23    readily available in San Bernardino County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).
24         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
25    transferred to the United States District Court for the Central District of California.
26    Dated:  May 10, 2022
27
      madd0771.108
28                                              KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE