JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMONTA MADDOX,<br><br>    Petitioner,<br><br>        v.<br><br>JEFF LYNCH,<br><br>    Respondent. | Case No. 5:22-cv-00803-FLA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 21, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge